AO 456 (Rev. 5/85) Notice

United States District Court

SOUTHERN DISTRICT OF OHIO

United States of America

V.
**ABUBAKAR ATIQ DURRANI**

NOTICE

CASE NUMBER: 1:13cr84

**(Litkovitz, MJ ; J. Beckwith)**

| TYPE OF CASE | | |
|---|---|---|
| | ☐ CIVIL | ☒ CRIMINAL |

X TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE<br>Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | ROOM NO.<br>Room **708**<br>DATE AND TIME<br>**August 19, 2013 at 1:30 PM** |
|---|---|

TYPE OF PROCEEDING

**Initial Appearance and Arraignment on Indictment before the Honorable Karen L. Litkovitz, U.S. Magistrate Judge.**

TAKE NOTICE that the proceeding in this case has been continued as indicated below:

| PLACE<br>Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | From: | **To:** |
|---|---|---|

CLERK
U.S. Magistrate or Clerk of Court

August 7, 2013

s/Arthur Hill
(By Deputy Clerk)

Date

To: Bruce Whitman, Esq.

CC: USM
   US Probation
   US Pretrial Services
   U.S. Attorney's Office (Timothy Oakley, AUSA)

**NOTE: It is the responsibility of Counsel to notify their clients.**