# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF COURT
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO.  1:13cr84 |
| Plaintiff | |
| -vs- | Judge Michael R. Barrett |
| ABUBAKAR ATIQ DURRANI | |
| Defendant | |

## ORDER MODIFYING THE CONDITIONS OF DEFENDANT'S RELEASE

This matter came before the Court on Defendant, Dr. Durrani's Motions to Modify the Conditions of Release (Docs. 22, 25).  The Court being fully advised, and for good cause shown, Defendant's Motion is GRANTED in part and DENIED in part.  The conditions of Defendant's release are modified to require that he shall issue, 2 weeks prior to a scheduled appointment, notice of the pending federal charges to first-time patients  and patients who reside outside a 100 mile radius of his office.  The content of the document shall remain subject to pre-approval by Pre-trial services and shall be substantially similar to Exhibit A.  This document shall also be noticeably displayed in his office.  All other conditions of Defendant's release shall remain in effect until further ordered by this Court.

**IT IS SO ORDERED.**

                                                         s/Michael R. Barrett_____
                                                         Michael R. Barrett, Judge
                                                         United States District Court

DOCTOR'S LETTER HEAD

To my patients:

Dr. Abubakar Durrani has been indicted by a Federal Grand Jury. The Indictment specially alleges that Dr. Durrani, over a three year period from February 1, 2010 to January 31, 2013, was the attending physician accounting for approximately $7.5 million in Medicare Part A to hospitals and directly billed Medicare Part B more than $4.5 million and received more than $1.1 million in Medicare Part B payments. Further that Dr. Durrani derived significant profits by convincing patients to undergo unnecessary spinal surgeries and billing private and public health care programs for these unnecessary surgeries.

Specially, the Indictment alleges that Dr. Durrani conducted spinal surgery on five patients who other physicians have stated, after reviewing the patients' images, did not need the surgery that Dr. Durrani performed.

Dr. Durrani denies the allegations in the Indictment. The criminal proceedings are ongoing.